UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD SILEO,

        Plaintiff,

v.                                  Case No.: 2:19-cv-489-FtM-38MRM

NATIONAL VAN LINES,

        Defendant.
                                    /

## **OPINION AND ORDER**[1]

Before the Court is Defendant National Van Lines, Inc.'s Motion to Dismiss and Motion to Strike (Doc. 2) and Plaintiff Richard Sileo's response (Doc. 16). Sileo hired National Van to move his furniture and belongings from New York to Florida. Sileo now sues National Van for negligence and conversion because of damage sustained to his property during the move. This case was in state court until National Van removed it here because the Carmack Amendment to the Interstate Commerce Act govern Sileo's claims. (Doc. 1). National Van then moved to dismiss the Complaint arguing the Carmack Amendment's remedies preempt Sileo's state law claims. Sileo does not oppose the motion and requests the Court dismiss the Complaint with leave to amend. (Doc. 16). After considering the record and the applicable law, the Court finds good cause to allow Sileo leave to amend his pleading. The Court thus grants National Van's motion.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) Defendant National Van Lines, Inc.'s Motion to Dismiss and Motion to Strike (Doc. 2) is **GRANTED**. The Complaint (Doc. 4) is **dismissed without prejudice**.

(2) Plaintiff Richard Sileo may file an amended complaint on or before **September 8, 2019**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of August 2019.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record